**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**1:08-cv-00170-GCM**

| | | |
|---|---|---|
| **DUDLEY SKIPPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **BETTY LOTT, <u>et al.</u>** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

     **THIS MATTER** comes before the Court upon Plaintiff's Motion to Amend Complaint (Doc. No. 6), filed April 30, 2008.

     On April 21, 2008, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983. On April 25, 2008, after conducting an initial review, this Court dismissed Plaintiff's Complaint. Because Plaintiff's Complaint has been dismissed, there is no pending Complaint to amend.

     **IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Amend Complaint is **DENIED.**

Signed: May 20, 2008

Graham C. Mullen
United States District Judge